FRED L. TICHENOR, RESPONDENT, v. HARTFORD ACCI-
DENT AND INDEMNITY COMPANY, APPELLANT.

Submitted October 16, 1931—Decided January 20, 1932.

Before Justices CAMPBELL, LLOYD and BODINE.

For the appellant, *Quinn, Parsons & Doremus.*

For the respondent, *Samuel Y. Hampton.*

PER CURIAM.

No specification of determinations of the District Court
with which the appellant is dissatisfied, as required by rule
145 of this court, is presented in the record brought before
us in this case. There is, therefore, nothing before us for
review.

The appeal is dismissed, with costs.